Form ocvp (Revised 05/2017)

## United States Bankruptcy Court – District of Kansas
161 Robert J. Dole US Courthouse
500 State Avenue
Kansas City, KS 66101

Case Number: 21−20635  Chapter: 11

In re:

Justin Eric Pattison
5209 Park Street
Shawnee, KS 66216

| Date Case was Filed 6/8/21 | ORDER TO CORRECT VOLUNTARY PETITION IN BANKRUPTCY | Filed and Entered By The Court 6/9/21 David D. Zimmerman Clerk of Court US Bankruptcy Court |
|---|---|---|

Debtor(s)' voluntary petition is missing the following document(s):

Chapter 11 Income Form 122B
Declaration re Debtor Schedules
Schedule A/B
Schedule C
Schedule E/F
Schedule G
Schedule H
Schedule I
Schedule J
Statement of Financial Affairs
Summary of Assets/Liabilities

The missing document(s) must be filed within fourteen (14) days of the date the case was filed. Document(s) must be submitted using the latest version of the appropriate forms, available at: www.uscourts.gov.

IT IS ORDERED THAT FAILURE TO TIMELY FILE THE MISSING DOCUMENT(S) MAY RESULT IN DISMISSAL.

Document 7

s/
Judge, United States Bankruptcy Court